COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE: THE STATE OF TEXAS, | § | No. 08-24-00378-CR |
| Relator. | § | AN ORIGINAL PROCEEDING IN |
| | § | MANDAMUS |
| | § | |

### J U D G M E N T

The Court has considered this cause on The State of Texas's petition for writ of mandamus against the Honorable Sam Medrano, Judge of the 409th Judicial District Court of El Paso County, Texas, and concludes that the petition for writ of mandamus should be conditionally granted in part and denied in part. We therefore conditionally grant in part and deny in part the petition for writ of mandamus and direct the Respondent to vacate the July 16, 2021, October 5, 2021, and April 28, 2023, orders. We deny all other relief without prejudice. The writ will issue only in the event Respondent fails to comply. Our prior order granting emergency relief and a partial stay of the trial court proceedings in the 409th District Court is hereby vacated in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 9TH DAY OF DECEMBER 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.